IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:21-cv-00110-FL

| | |
|---|---|
| DONALD C. SEIFERT, JR., AND DONNA P. SEIFERT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., and TRANS UNION LLC,<br><br>    Defendants. | **ORDER GRANTING CONSENT MOTION FOR PROTECTIVE ORDER STAYING DEADLINES AND DISCOVERY** |

This cause came before the Court on the Consent Motion for Protective Order Staying Deadlines and Discovery, and for good cause shown the Court finds that the Consent Motion should be granted.

It is therefore, ORDERED that all pre-trial and discovery deadlines in this matter are hereby STAYED[1] until ten (10) days after the Court denies (even in part) the pending Motion to Dismiss, within which ten (10) days the parties' counsel agree to reconvene the suspended Rule 26(f) conference and provide a new joint report to the Court for review and approval.

This __21st__ day of September, 2021.

                                                */s/ Louis W. Flanagan*
                                                United States District Judge

---

[1] This Order excepts only the agreed-upon deadline for the service of Initial Disclosures, which is September 20, 2021, pursuant to the joint report submitted contemporaneously with the Consent Motion at issue in this Order.